ANDERSON et al. v. STATE. (No. 5499.)

(Court of Civil Appeals of Texas. Austin. Nov. 3, 1915.)

Appeal from District Court, Freestone County; H. B. Daviss, Judge.

Civil action by the State against Frank Anderson and others. From a judgment for plaintiff, defendants appeal. Reversed and remanded.

R. L. Williford and R. M. Edwards, both of Fairfield, and A. B. Geppert, of Teague, for appellants.

RICE, J. This is a companion case to that of Henry Trayhan et al. v. State of Texas, 180 S. W. 646, from the same county, this day decided by this court, and in which the judgment of the court below was reversed, and the cause remanded, and this appeal involves in every respect the same issues as presented in that case, for which reason we refer to and adopt the opinion in said case, and enter a similar order herein reversing and remanding this case.

Reversed and remanded.